# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2019

## NO. 03-18-00367-CV

**Timothy Onkst, Appellant**

**v.**

**Jennifer Morgan, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the protective order signed by the trial court on February 22, 2017 and its order in a suit affecting the parent-child relationship signed April 18, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.